UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**CARMEN SEXTON,**

        Plaintiff,

        v.

**NEW JERSEY DEPARTMENT OF CORRECTIONS,**

        Defendant.

Civil Action No. 20-1703 (FLW) (ZNQ)

**ORDER**

This matter having come before the Court for a telephone status conference on March 15, 2021, the parties having informed the Court that there is a pending underlying criminal case, at this juncture in lieu of conducting formal discovery for the purpose of avoiding unnecessary expenses and resources for the parties and the Court, and for other good cause shown,

**IT IS** on this 15th day of March, 2021 **ORDERED** that:

1. This matter is administratively closed pending resolution of the underlying criminal case.

2. This matter shall be administratively terminated until further ordered by the Court.

3. Plaintiff's counsel shall inform the Court and request a conference call within ten (10) days of the conclusion of the underlying criminal case.

        _s/ Zahid N. Quraishi_____
        **ZAHID N. QURAISHI**
        **UNITED STATES MAGISTRATE JUDGE**